**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE STEVEN BONILLA,

Plaintiff.

_____/

Nos. C 11-3052 CW (PR)
C 11-3053 CW (PR)
C 11-3054 CW (PR)

ORDER OF DISMISSAL;
TERMINATING ALL PENDING
MOTIONS

Plaintiff Steven Bonilla has been sentenced to death by the Superior Court of California for the County of Alameda.  He is incarcerated at San Quentin State Prison.  Although his State habeas case currently is being litigated, he filed a request for appointment of counsel for his future federal habeas litigation in this Court.  See Bonilla v. Ayers, No. C 08-0471 CW (PR).  Pursuant to Habeas Local Rule 2254-25, this Court granted his request for appointment of counsel and referred the matter to the Northern District's Selection Board for the recommendation of qualified counsel to represent Plaintiff in his federal habeas proceedings. Additionally, pursuant to Habeas Local Rule 2254-24(a), the Court granted Plaintiff's concurrent request for a stay of execution. (Docket no. 3.)

Although Plaintiff's State habeas case is pending, Plaintiff has filed numerous pro se requests and motions in C 08-0471.  All of the requests and motions have been denied by this Court or withdrawn by Plaintiff.  In particular, on February 16, 2011, the Court issued an Order telling Plaintiff that no further filings regarding CR 88-259 MISC AJZ (Grand Jury proceedings) would be accepted by this Court.  (Docket no. 34.)  Additionally, the Court

**United States District Court**
For the Northern District of California

1   dismissed with prejudice <u>In re: Steven Wayne Bonilla</u>, No. C 11-0441

2   CW (PR), a <u>pro</u> <u>se</u> complaint filed by Plaintiff regarding CR 88-259

3   MISC AJZ.  (<u>Id.</u>)  On March 29, 2011, the Court denied several more

4   <u>pro</u> <u>se</u> motions filed by Plaintiff in C 08-0471.  In doing so, the

5   Court wrote:

6       As this Court has stated multiple times, Petitioner's
        state habeas case is still pending in the state court.

7       The Court reiterates to Petitioner that challenges to his
        state trial conviction must be reviewed by the state

8       courts before being considered by the federal court.
        Until that time, Petitioner's various claims in his pro

9       se pleadings are not ripe for this Court to consider.

10   (Docket no. 54 at 2:16-22.)

11       In the past month, Plaintiff has filed sixteen <u>pro</u> <u>se</u> civil

12   rights actions under 42 U.S.C. § 1983.  On June 13, 2011, the Court

13   issued an Order dismissing thirteen of those actions for the reason

14   that none of the allegations in Plaintiff's complaints stated a

15   claim for relief under § 1983.  After explaining to Plaintiff that

16   challenges to the lawfulness of confinement or its duration can be

17   addressed only by way of habeas corpus, the Court concluded as

18   follows:

19       Here, in an apparent attempt to circumvent this Court's
        prior admonition to Plaintiff that no further filings

20       regarding CR 88-259 MISC AJZ would be accepted by the
        Court and that additional unripe <u>pro</u> <u>se</u> motions in C 08-

21       0471 would be denied, Plaintiff has filed the instant
        civil rights complaints in which he seeks access to

22       certain discovery, witness testimony, declarations and
        other information that he claims would render his death

23       penalty conviction invalid, including information
        regarding CR 88-259 MISC AJZ.  Because all of Plaintiff's

24       civil rights complaints seek relief that must be pursued
        by way of habeas corpus, all of the instant civil rights

25       actions are hereby DISMISSED without prejudice to
        Plaintiff's bringing his claims in a federal habeas

26       petition.  <u>See</u> <u>Trimble v. City of Santa Rosa</u>, 49 F.3d
        583, 586 (9th Cir. 1995).  Plaintiff is reminded,

27       however, that he must heed the Court's prior admonitions
        before filing additional <u>pro</u> <u>se</u> matters in C 08-0471.

28

2

1  In re Steven Bonilla, Nos. C 11-2612 et seq. CW (PR), Order of

2  Dismissal at 2:28-3:15.

3      Subsequently, on June 16, 2011, the Court dismissed three more

4  of Plaintiff's civil rights actions for the same reasons discussed

5  in the Court's previous Order.  See In re Steven Bonilla, Nos.

6  C 11-2808 et seq. CW (PR), Order of Dismissal at 3:1-7.

7      Now pending before the Court are three new pro se civil rights

8  actions filed by Plaintiff.  As with Plaintiff's sixteen previous

9  civil rights actions, these actions seek access to information that

10  would render Plaintiff's death penalty conviction invalid.

11  Accordingly, the actions are hereby DISMISSED without prejudice to

12  Plaintiff's bringing his claims in a federal habeas petition.  See

13  Trimble v. City of Santa Rosa, 49 F.3d 583, 586 (9th Cir. 1995).

14      Additionally, because the Court has determined that none of

15  the instant civil rights complaints can proceed as a civil rights

16  action but, instead, must be dismissed, the Clerk of the Court is

17  hereby DIRECTED to terminate, in each action, Plaintiff's pending

18  motion to proceed in forma pauperis.  No filing fee is due.

19      The Clerk of the Court shall enter judgment in each of the

20  above civil rights actions, terminate all pending motions therein,

21  and close the files.  The Clerk of the Court also shall file a copy

22  of this Order in C 08-0471.

23      IT IS SO ORDERED.

24

25  Dated: 6/29/2011

26                              CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

27

28

3

**United States District Court**
For the Northern District of California

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    STEVEN W BONILLA,
                                              Case Number: CV11-03052 CW
                   Plaintiff,                              CV11-03053 CW
5                                                          CV11-03054 CW
       v.
6                                             **CERTIFICATE OF SERVICE**

     JOHN WHITSON et al,
7

                   Defendant.
8    _____/

9

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on June 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
12   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

13

14

15   Steven Wayne Bonilla J-48500
     San Quentin State Prison
16   San Quentin,  CA 94964

17   Dated: June 29, 2011
                                              Richard W. Wieking, Clerk
18                                            By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

4