**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STEVEN BONILLA, | Nos. C 11-3052 CW (PR) |
| | C 11-3053 CW (PR) |
| Plaintiff. | C 11-3054 CW (PR) |
| _____/ | |
| | JUDGMENT |

    Pursuant to the Court's Order of today's date dismissing the above actions, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered as to each action.  28 U.S.C. § 1915A.  The Clerk of the Court shall close the files.

    IT IS SO ORDERED.

DATED: 6/29/2011

*Claudia Wilken*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STEVEN W BONILLA,

   Plaintiff,

 v.

JOHN WHITSON et al,

   Defendant.

Case Number: CV11-03052 CW
CV11-03053 CW
CV11-03054 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wayne Bonilla J-48500
San Quentin State Prison
San Quentin, CA 94964

Dated: June 29, 2011

          Richard W. Wieking, Clerk
          By: Nikki Riley, Deputy Clerk